STATE OF MICHIGAN v. CHAS. K. EDDY.

*Taxation—Invalid decree.*

An invalid decree of sale for taxes should be annulled by reversal instead of being permitted to stand as a null decree. And both parties should be placed in the condition in which they would have been if no proceedings in court had been taken.

Appeal from Isabella. (Hart, J.) Oct. 22.—Oct. 28.

Petition by Auditor General for tax sale. Claimant appeals. Reversed.

Attorney General *Moses Taggart* for petitioner.

*Wisner & Draper* for appellant.

CAMPBELL, J. The circuit court for Isabella county having rendered a decree for taxes which is admitted to be erroneous, and of no avail under present statutes, the only

question presented to us is whether it should stand as a null decree, or should be formally annulled by reversal. We think, in conformity with the practice usual in such cases, it should be reversed, and both State and respondent placed where they would have been had no proceedings been brought into court. A decree of reversal will therefore be entered, saving all rights belonging to the State prior to such proceedings unchanged, and restoring the defendant to any rights he would have had prior to such. proceedings. No costs will be awarded in either court

The other Justices concurred.